In the Matter of RUFUS SPEARS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections

and Community Supervision, Respondent. [957 NYS2d 261]—

Present—Scudder, P.J., Centra, Valentino, Whalen and Martoche, JJ.